Case 6:24-mj-00008-HBK   Document 5   Filed 04/29/24   Page 1 of 1

AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
для the
## Eastern District of California

UNITED STATES OF AMERICA,

v.

ALLYSHAE IYANA ST. JAMES,

Case No. 6:24-MJ-00008-HBK

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; within 60 days, defendant to resolve outstanding warrant in Texas.

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and report to US Marshals Office no later than May 3, 2024 by 4:00 PM for processing.

(5) The defendant must appear at:  U.S. DISTRICT COURT, Yosemite, CA

*Place*

Before U.S. Magistrate Judge Helena Barch-Kuchta

on  June 5, 2024 at 10:00 AM

*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 4/29/24

*Defendant's signature*

Date: 4/29/2024

*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*